IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANINNE BLACKWELL, as guardian and parent of J.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and YMCA OF MIDDLE TENNESSEE SCHOOL AGE SERVICES,<br><br>Defendants. | No. 3:12-cv-00423<br>Judge Nixon<br>Magistrate Judge Brown<br><br>JURY DEMAND |

## ORDER

Pending before the Court is Defendant YMCA of Middle Tennessee School Age Services's Motion for Leave to File under Seal (Doc. No. 44) ("Motion"), requesting permission to file multiple documents (Doc. Nos. 45; 45-1 to 45-2; 46; 46-1 to 46-3; 47; 47-1 to 47-2; 48; 49) relating to a motion for summary judgment under seal. (Doc. No. 44.) Defendant explains that this case involves information regarding a minor and the parties have yet to agree to a protective order. (*Id.* at 1.) Accordingly, the Court **GRANTS** the Motion; the documents shall be filed under seal.

It is so ORDERED.

Entered this 5th day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT